IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN D. COBB, et al.,

    Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

No. C 12-01372 JSW

**ORDER RE OVERSIZED BRIEF**

On April 30, 2012, Defendant Anthony Smith filed a motion to dismiss which exceeds this Court's page limits and did not seek leave of court to file an oversize brief. The Court shall grant Plaintiffs an additional four pages in their opposition to the motion. However, Defendant's reply must comply with this Court's page limitations. *See* Standing Order ¶ 6.

All parties are HEREBY PLACED ON NOTICE that, in the future, should a party file a brief that exceeds this Court's page limits, without seeking leave *in advance of the deadline to file such a brief*, the Court shall strike the offending brief without further notice to that party.

**IT IS SO ORDERED.**

Dated: May 7, 2012

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COBB ET AL et al,

        Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A. ET AL et al,

        Defendant.

Case Number: CV12-01372 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason E. Cobb
1101 Menlo Oaks Drive
Menlo Park, CA 94025

Jonathan D. Cobb
828 Weeks St.
 Palo Alto, CA 94303

Dated: May 7, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk