IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. COBB, et al., | No. C 12-01372 JSW |
| Plaintiffs, | **ORDER TO SHOW CAUSE; CONTINUING HEARING ON WELLS FARGO BANK, N.A.'S MOTION TO DISMISS** |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |
| _____ / | |

On April 24, 2012, Defendant JPMorgan Chase Bank N.A. ("JPMorgan Chase") filed a motion to dismiss, which was originally noticed for hearing on June 1, 2012, before Judge Illston, to whom the case was then assigned. That date was vacated when this case was assigned to the undersigned. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5(a), Plaintiffs' opposition brief was due on May 11, 2012. Plaintiffs have not filed an opposition to JPMorgan Chase's motion.

On April 27, 2012, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss, which is noticed for a hearing on June 15, 2012. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5(a), Plaintiffs' opposition brief was due on May 14, 2012. Plaintiffs have not filed an opposition to Wells Fargo's motion.

On April 30, 2012, Defendant Anthony Smith filed a motion to dismiss, which is noticed for hearing on June 29, 2012. Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5(a),

//

1 Plaintiffs' opposition brief to Defendant Smith's motion was due on May 17, 2012. Plaintiffs
2 have not filed an opposition to Smith's motion.
3       Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why this case should not be
4 dismissed for failure to prosecute. Plaintiffs' response to this Order to Show Cause shall be due
5 by no later than June 1, 2012. If Plaintiffs seek to file belated opposition briefs to the
6 Defendants' motions, they must show good cause for such a request and submit proposed
7 opposition briefs by no later than June 1, 2012. If the Court grants Plaintiffs leave to filed
8 belated opposition briefs, it shall set a deadline for Defendants to file replies.
9       It is FURTHER ORDERED that, pending further order of the Court, the hearing on
10 Wells Fargo's motion to dismiss shall be CONTINUED to June 29, 2012, at 9:00 a.m., when
11 the Court is scheduled to hear the motion to dismiss filed by JPMorgan Chase and Smith.
12       Plaintiffs are HEREBY ADVISED that if they fail to file a response to this Order to
13 Show Cause, or fail to file a request to submit belated opposition briefs, by June 1, 2012, the
14 Court SHALL dismiss this case with prejudice and without further notice to Plaintiffs for failure
15 to prosecute.
16       Finally, the Court HEREBY ADVISES Plaintiffs that the Handbook for Pro Se
17 Litigants, which contains helpful information about proceeding without an attorney, is available
18 through the Court's website or in the Clerk's office. The Court also advises Plaintiffs that they
19 also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help
20 Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room
21 2796, for a free appointment with an attorney who may be able to provide basic legal help, but
22 not legal representation.
23       **IT IS SO ORDERED.**

25 Dated: May 23, 2012                                     _____
26                                                 JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COBB ET AL et al,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A. ET AL et al,

    Defendant.

Case Number: CV12-01372 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason E. Cobb
1101 Menlo Oaks Drive
Menlo Park, CA 94025

Jonathan D. Cobb
828 Weeks St.
Palo Alto, CA 94303

Dated: May 23, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk