IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. COBB, et al., | No. C 12-01372 JSW |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING DEFENDANTS TO FILE REPLY BRIEFS** |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

The Court has received Plaintiffs' response to the Order to Show Cause issued on May 23, 2012. Although Plaintiffs do not explain why they "miscalculated time as regards the required response[s]" to the motions, in the interests of justice and of resolving the motions on the merits, the Court DISCHARGES the Order to Show Cause. However, the Court shall strictly hold Plaintiffs to all deadlines and failure to comply with such deadlines in the future may result in the Court dismissing this case.

Defendants shall file reply briefs by no later than June 13, 2012. If the Court finds the motions suitable for disposition without oral argument it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBB ET AL et al,<br><br>        Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A. ET AL et al,<br><br>        Defendant. | Case Number: CV12-01372 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason E. Cobb
1101 Menlo Oaks Drive
Menlo Park, CA 94025

Jonathan D. Cobb
828 Weeks St.
Palo Alto, CA 94303

Dated: June 4, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk