MORGAN, LEWIS & BOCKIUS LLP
Howard Holderness, Bar No. 169814
hholderness@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Attorneys for Defendants

DENNIS J. SINCLITICO, JR. AND
MORGAN, LEWIS & BOCKIUS LLP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. COBB, SR., JASON COBB,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., MORGAN, LEWIS & BOCKIUS LLP, WELLS FARGO BANK, N.A., THE CITY OF MENLO PARK, DENNIS J. SINCLITICO, JR., ANTHONY V. SMITH, CHRIS NATHAN, BRENDA TOLBERT, IVY GARCIA, MARYANN BUCKLEY, ERNEST BREDE, LUIS CONTRERAS, DONALD T. SHOWERS III, DOES 1-100<br><br>Defendants. | Civil Action No. 3:12-CV-01372-JSW<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER EXTENDING TIME TO FILE DEFENDANTS DENNIS J. SINCLITICO'S AND MORGAN, LEWIS & BOCKIUS, LLP'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: July 20, 2012<br>Time: 9:00 a.m.<br>Courtroom: 11<br><br>Complaint filed: March 19, 2012 |

1    WHEREAS, Defendants Dennis J. Sinclitico, Jr. and Morgan, Lewis & Bockius LLP
2 ("MLB Defendants") filed a Motion to Dismiss on June 15, 2012.

3    WHEREAS, Plaintiffs Jonathan D. Cobb, Sr. and Jason Cobb ("Plaintiffs"), proceeding
4 *pro se*, filed but did not serve their Response/Opposition to the MLB Defendants' Motion to
5 Dismiss ("Opposition") on June 29, 2012.

6    WHEREAS, the MLB Defendants did not receive and were not aware of Plaintiffs'
7 Opposition until 12:29 P.M. on July 5, 2012, when Plaintiffs' Opposition became available on the
8 Court's docket.

9    WHEREAS, the MLB Defendants' Reply in support of their Motion to Dismiss ("Reply")
10 appears to be due on July 6, 2012.

11    WHEREAS, Plaintiffs and the MLB Defendants would like to give the MLB Defendants
12 until Wednesday, July 11, 2012 to file a Reply, given the lack of actual notice until one day prior
13 to the apparent due date for the MLB Defendants' Reply. Such agreement is evidenced in the
14 email received from Mr. Jason Cobb, attached as Exhibit 1 to the Declaration of Howard
15 Holderness in support of this request in lieu of a signature below, and the MLB Defendants
16 believe that Mr. Jason Cobb was speaking for his father as well.

17    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and counsel
18 for the MLB Defendants, that the MLB Defendants will receive an extension of time until
19 Wednesday, July 11, 2012 to file a Reply in support of their Motion to Dismiss.

20 Dated: July 6, 2012                                    MORGAN, LEWIS & BOCKIUS LLP

                                                         By /s/ Howard Holderness
                                                         ────────────────────────
                                                         Howard Holderness
                                                         Attorneys for Defendants
                                                         DENNIS J. SINCLITICO, JR. AND
                                                         MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C:\Documents and
Settings\MP071904\Desktop\(23325304)_(2)_Cobb-MLB_

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2
3  Dated: July 9, 2012
4                                              Hon. Jeffrey S. White
                                                United States District Judge
5
...
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO