MORGAN, LEWIS & BOCKIUS LLP
Howard Holderness, Bar No. 169814
hholderness@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
Attorneys for Defendants

DENNIS J. SINCLITICO, JR. AND
MORGAN, LEWIS & BOCKIUS LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. COBB, SR., JASON COBB,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., MORGAN, LEWIS & BOCKIUS LLP, WELLS FARGO BANK, N.A., THE CITY OF MENLO PARK, DENNIS J. SINCLITICO, JR., ANTHONY V. SMITH, CHRIS NATHAN, BRENDA TOLBERT, IVY GARCIA, MARYANN BUCKLEY, ERNEST BREDE, LUIS CONTRERAS, DONALD T. SHOWERS III, DOES 1-100<br><br>Defendants. | Civil Action No. 3:12-CV-01372-JSW<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER EXTENDING TIME TO FILE DEFENDANTS DENNIS J. SINCLITICO'S AND MORGAN, LEWIS & BOCKIUS, LLP'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:   July 20, 2012<br>Time:   9:00 a.m.<br>Courtroom: 11<br><br>Complaint filed:   March 19, 2012 |

1       WHEREAS, Defendants Dennis J. Sinclitico, Jr. and Morgan, Lewis & Bockius LLP ("MLB Defendants") filed a Motion to Dismiss on June 15, 2012.

      WHEREAS, Plaintiffs Jonathan D. Cobb, Sr. and Jason Cobb ("Plaintiffs"), proceeding *pro se*, filed but did not serve their Response/Opposition to the MLB Defendants' Motion to Dismiss ("Opposition") on June 29, 2012.

      WHEREAS, the MLB Defendants did not receive and were not aware of Plaintiffs' Opposition until 12:29 P.M. on July 5, 2012, when Plaintiffs' Opposition became available on the Court's docket.

      WHEREAS, the MLB Defendants' Reply in support of their Motion to Dismiss ("Reply") appears to be due on July 6, 2012.

      WHEREAS, Plaintiffs and the MLB Defendants would like to give the MLB Defendants until Wednesday, July 11, 2012 to file a Reply, given the lack of actual notice until one day prior to the apparent due date for the MLB Defendants' Reply. Such agreement is evidenced in the email received from Mr. Jason Cobb, attached as Exhibit 1 to the Declaration of Howard Holderness in support of this request in lieu of a signature below, and the MLB Defendants believe that Mr. Jason Cobb was speaking for his father as well.

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and counsel for the MLB Defendants, that the MLB Defendants will receive an extension of time until Wednesday, July 11, 2012 to file a Reply in support of their Motion to Dismiss.

Dated: July 6, 2012                                             MORGAN, LEWIS & BOCKIUS LLP

                                                                    By /s/ Howard Holderness
                                                                        Howard Holderness
                                                                        Attorneys for Defendants
                                                                        DENNIS J. SINCLITICO, JR. AND
                                                                        MORGAN, LEWIS & BOCKIUS LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 9, 2012

Hon. Jeffrey S. White
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATED REQUEST FOR EXT. OF
TIME TO FILE REPLY

C:\Documents and Settings\MP071904\Desktop\(23325304)_(2)_Cobb-MLB_