IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. COBB, et al., | No. C 12-01372 JSW |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

This matter is scheduled for a hearing on motions to dismiss filed by Dennis J. Sinclitico, Esq. and Morgan Lewis & Bockius LLP, Anthony V. Smith, Esq., JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A. and the United States of America. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motions suitable for disposition without oral argument. Accordingly, the Court VACATES the hearing scheduled for September 21, 2012, and it takes the motions under submission. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: September 18, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COBB ET AL et al,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A. ET AL et al,

    Defendant.

Case Number: CV12-01372 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason E. Cobb
1101 Menlo Oaks Drive
Menlo Park, CA 94025

Jonathan D. Cobb
828 Weeks St.
Palo Alto, CA 94303

Dated: September 18, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2