UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

     A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

  <u>C 12-01372 JSW</u>     Cobb et al v. JPMorgan Chase Bank, N.A. et al

  <u>C 13-01955 CRB</u>    Cobb v. JPMorgan Chase Bank, N.A. et al

          **I find that the above case is related to the case assigned to me: <u>JSW</u>**

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated.  **Once the matter is formally reassigned, given the number of pending motions, the Court shall schedule a hearing date. The briefing schedules triggered by the filing of those motions remains unchanged.**  Any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: June 21, 2013

                            Judge Jeffrey S. White

# CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Jonathan D. Cobb, Sr.
828 Weeks St.
Palo Alto, CA 94303

Richard W. Wieking, Clerk

DATED: June 21, 2013          By: *Jennifer Ottolini*
                                   **Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)